JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

NURBEK OKESHOV,

Petitioner,

v.

ERNESTO SANTACRUZ JR., et al.,

Respondents.

Case No. EDCV 26-6187-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: November 3, 2026

/s/

ALKA SAGAR

UNITED STATES MAGISTRATE JUDGE